# NOTICE

## RE: POINTS AND AUTHORITIES - FULL CLOSURE [DISCLAIMER]

RECEIVED

FEB 16 2023

Clerk, District Court
Fairbanks, AK

NOTICE; Under no circumstances is this notice to the court to be interpreted as evidence of consent being submitted to the jurisdiction of the court; All papers are filed under duress and threats; i: Cody-Lee: Lancaster; a man; reserve all rights at all times; no waive ever; i, say i, have knowledge of copyright laws and have observed the copyright symbols contained within what appears to be all books, codes, references, reports, court rules, "case law" and the like in dealing with law; Notice; such use and employment is in good faith, and i, hereby provide notice that the contents therein are the private property of the copyright owner and i, freely admit that i, have neither grant, nor franchise, license, nor letter patent to use said contents nor practice the same; Please be advised that all cites thereto and excerpts therefrom are utilized and employed herein merely for educational and communication purposes to display from where my present understanding adheres from and due to the depth of the matter in which the controversy attempts to cover; i, believe this is called "fair use" and is allowed for purposes of criticism, news, reporting, teaching, parody, and research; i, believe such use does not infringe on the copyright(s) under Title 17 U.S.C. § 107; Any assumption or presumption that i: Cody-Lee: Lancaster; a man; am declaring to be a constitutor[1] by way of such use (specifically in citation of constitution(s)) in good faith is lacking merit and i, explicitly reserve all rights at all times without waive at any time ever; Respectfully submitted without prejudice;

_____**CODY LEE LANCASTER**_____ Dated:_____02-16-2023_____
CODY LEE LANCASTER~ ENS LEGIS

By: _Cody-Lee: Lancaster_____
*authorized representative / beneficiary / executor*

---

[1] *Constitutor. One who, by a simple agreement, becomes responsible for the payment of another's debt.*
*- Black's Law Dictionary, 1st Edition 1891*

i: a man; known to use the name Cody-Lee: Lancaster;
In the Interest of CODY LEE LANCASTER~ ENS LEGIS
WITHOUT PREJUDICE; ALL RIGHTS RESERVED
℅ 1591 Partow Lane, North Pole, Alaska republic. [99705]


RECEIVED
FEB 16 2023
Clerk, U.S. District Court
Fairbanks, AK

## UNITED STATES DISTRICT COURT AT FAIRBANKS

## <u>NOTICE TO CLERK</u>

NOTICE TO AGENT IS NOTICE TO PRINCIPAL.
NOTICE TO PRINCIPAL IS NOTICE TO AGENT.

**Federal Rules of Civil Procedures 5(d)(4)) –**

Acceptance by the clerk.

[A clerk must not refuse to file a paper solely because it is not in the form prescribed by these rules or by a local rule or practice and **18 USC § 2071**: '**(a)** Whoever willfully and unlawfully conceals, removes, mutilates. Obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceedings, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three (3) years, or both; **(b)** Whoever, having the custody of any such record, proceedings, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this titles or imprisoned not more than three (3) years or both; and shall forfeit his/her office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States. **It is settled law that delivery of a pleading to a proper official is sufficient to constitute filing thereof.** *United States v. Lombardo*, 241 U.S. 73, 36 S. Ct. 508, 60 L. Ed. 897 (1916); *Milton v. United States*, 105 F.2d 253, 255 (5th Cir. 1939). In *Greeson v. Sherman*, 265 F. Supp. 340 (D.C.Va. 1967), it was held that a pleading delivered to a deputy clerk at his home at night was thereby filed. [*Freeman v. Giacomo Costa Fu Adrea*, 282 F. Supp. 525 (E.D.Pa. 1968)]

Respectfully submitted without prejudice,

_____**CODY LEE LANCASTER**_____ Dated:_____02-16-2023_____

CODY LEE LANCASTER~ ENS LEGIS

By: *Cody-Lee: Lancaster*
*authorized representative / beneficiary / executor*

i: a man; known to use the name Cody-Lee: Lancaster;
In the Interest of CODY LEE LANCASTER~ ENS LEGIS
WITHOUT PREJUDICE; ALL RIGHTS RESERVED
℅ 1591 Partow Lane, North Pole, Alaska republic. [99705]

CODY LEE LANCASTER; ON BEHALF OF THE DEFENSE; IN PROPRIA PERSONA

## UNITED STATES DISTRICT COURT AT FAIRBANKS

| | | |
|---|---|---|
| STATE OF ALASKA | ) | ALASKA SUPERIOR COURT |
| | ) | AT FAIRBANKS |
| | ) | Case No.: 4FA-23-00234CR |
| Plaintiff, | ) | |
| | ) | Petition for Non-Statutory Writ of |
| vs. | ) | Habeas Corpus to Remedy |
| | ) | Restraint of Liberty Caused By |
| CODY LEE LANCASTER | ) | A Judgment Not By Peers Made |
| | ) | In Violation of Due Course of Law |
| | ) | of The Land; Judiciary Act of 1789; |
| Defendant. | ) | Habeas Corpus Act 1863; |
| | ) | Habeas Corpus Act 1867; |
| | ) | |
| | ) | |

**PETITION FOR non-statutory WRIT OF HABEAS CORPUS
TO REMEDY RESTRAINT OF LIBERTY CAUSED BY A JUDGMENT
NOT BY PEERS MADE IN VIOLATION OF DUE COURSE OF LAW OF
THE LAND; JUDICIARY ACT OF 1789; HABEAS CORPUS ACT 1863;
HABEAS CORPUS ACT 1867; TAKE JUDICIAL NOTICE OF EVIDENCE
OF AN ADJUDICATED FACT Murray's Lessee v. Hoboken Land &
Improvement Co., 59 US 272 - Supreme Court 1856; RELIEF FROM
JUDGMENT  FEDERAL RULE 60(b)(3); PLEASE TAKE NOTICE; i: a
man; known to use the name Cody-Lee: Lancaster; a Non-State Citizen and
Paramount Security Interest Holder to the property in collateral belonging to
the legal name trust CODY LEE LANCASTER, hereby makes a Special
Appearance with full immunity; without recourse, EXEMPT.**

Comes Now, the Petitioner: Cody-Lee: Lancaster; in the Interest of CODY LEE LANCASTER, on behalf of the defense in propria persona; 1591 PARTOW LANE, NORTH POLE, AK [99705] "UNITED STATES" (District of Columbia as defined in 26 U.S.C. § 7701 (a)(9) and (a)(10) (domicile of "public office" pursuant to Federal Rules of Civil Procedure 17 (a)) before this honorable court and respectfully presenting a petition invoking[1] right to habeas corpus secured by Article I § 13 of The Constitution of the State of Alaska wherein that the body or corpus of Cody-Lee: Lancaster be delivered as most immediately as is practicable which is now restrained and under arrest by order of the honorable Risa C. Leonard and that he be taken to a court of original jurisdiction as most immediately as practicable within 48 hours to have a probable cause hearing about the wrongful detainer and unlawful arrest of Cody-Lee: Lancaster without basis in fact of law against the restraint of liberty caused by a judgment not by peers.

Take judicial notice of an adjudicated fact by the Supreme Court Meyer v. Nebraska, 262 US 390 - Supreme Court 1923[2] that writ of habeas corpus may be invoked if the petitioner is free from bodily restraint and thereby the court

---

[1] **Invoke** to appeal to or cite as authority, to petition for help or support

[2] *"While this Court has not attempted to define with exactness the liberty thus guaranteed, the term has received much consideration and some of the included things have been definitely stated. Without doubt, it denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life, to acquire useful knowledge, to marry, establish a home and bring up children, to worship God according to the dictates of his own conscience, and generally to enjoy those privileges long recognized at common law as essential to the orderly pursuit of happiness by free men."* <u>*Meyer v. Nebraska, 262 US 390 - Supreme Court 1923*</u>

is prohibited from dismissing this petition on the grounds the petitioner is not a prisoner or jailed. Furthermore, the Petitioner is currently restrained (under arrest) and deprived of freedom of movement via electronic monitoring device and has been forced to contract under duress and threats.

The writ of habeas corpus is a writ of right, and shall never be suspended. The Legislature shall enact laws to render the remedy speedy and effectual and thereby this court must take judicial notice of a constitutional law the state legislature cannot enact laws to deprive this writ of right.

This court cannot deprive this writ of habeas corpus without clarification of when it is acceptable for a court to deny due course of law of the land and issue a judgment, not by peers.

The petitioner never knowingly expressed consent to waive his unalienable rights and thereby it is the duty of the court to remedy any violation of state or federal constitutional protections against trespass upon rights, which the evidence before this court is a judgment, not by peers made in violation of due process of law.

**JURISDICTION EXISTS FOR THIS COURT TO GRANT A WRIT OF HABEAS CORPUS UNDER ARTICLE I, SECTION 9, CLAUSE 2, THE**

# CONSTITUTION FOR THE UNITED STATES OF AMERICA {1789-1793} JUDICIARY ACT OF 1789, HABEAS CORPUS ACT 1863, AND HABEAS CORPUS ACT 1867

1. The Petitioner is invoking his protected right to due course of the law of the land which is secured by Article I § 7 of The Constitution of the State of Alaska to not be deprived of life, liberty, property, privileges or immunities, or in any manner disfranchised, except by the due course of the law of the land.[3]

2. It is an adjudicated fact Harris v. Nelson, 394 US 286 - Supreme Court 1969[4] the writ of habeas corpus is the fundamental instrument for safeguarding individual freedom against arbitrary and lawless state action, and thereby any judgment not by peers is a lawless action in violation of due course of

---

[3] *"The words, "due process of law," were undoubtedly intended to convey the same meaning as the words, "by the law of the land," in Magna Charta. Lord Coke, in his commentary on those words, (2 Inst. 50,) says they mean due process of law. The constitutions which had been adopted by the several States before the formation of the federal constitution, following the language of the great charter more closely, generally contained the words, "but by the judgment of his peers, or the law of the land.""* **Murray's Lessee v. Hoboken Land & Improvement Co., 59 US 272 - Supreme Court 1856**

[4] "The writ of habeas corpus is the fundamental instrument for safeguarding individual freedom against arbitrary and lawless state action. Its pre-eminent role is recognized by the admonition in the Constitution that: "The Privilege of the Writ of Habeas Corpus shall not be suspended . . . ." U. S. Const., Art. I, § 9, cl. 2. The scope and flexibility of the writ—its capacity to reach all manner of illegal detention—its ability to cut through barriers of form and procedural mazes—have always been emphasized and jealously guarded by courts and lawmakers. The very nature of the writ demands that it be administered with the initiative and flexibility essential to insure that miscarriages of justice within its reach are surfaced and corrected. As Blackstone phrased it, habeas corpus is "the great and efficacious writ, in all manner of illegal confinement."[2] As this Court said in Fay v. Noia, 372 U. S. 391, 401-402 (1963), the office of the writ is "to provide a prompt and efficacious remedy for whatever society deems to be intolerable restraints." See Peyton v. Rowe, 391 U. S. 54, 65-67 (1968)." **Harris v. Nelson, 394 US 286 - Supreme Court 1969**

law of the land.

3. It is a fact, the evidence marked as exhibit # 1 is proof the Petitioner has been deprived of due process; Furthermore, it is a fact, the evidence marked as exhibit # 2 is proof the Petitioner has been subject to misrepresentation, personage, and misconduct by an opposing party and other actors knowingly and willingly; forced to contract under duress and threats without a meeting of the minds; forced a so called public defender to administrate his legal name trust without right or consciously informed consent, his liberty and property subject to loss by a judgment not by peers made in violation of due course of the law of the land and thereby this court is required by duty to issue a writ of habeas corpus to void the evidence, a judgment not by peers claimed electronic monitoring order.

4. It is an adjudicated fact State Judges, as well as federal, have the responsibility to respect and protect persons from violations of federal constitutional rights.[5]

5. The Alaska constitution limits the government and secures the Petitioner's right to file a writ of habeas corpus and is not required to file an appeal or order to show cause because a writ of habeas corpus takes precedence over

---

[5] *"State Judges, as well as federal, have the responsibility to respect and protect persons from violations of federal constitutional rights." Gross v.State of Illinois, 312 F 2d 257; (1963).*

the *procedural orderliness and conformity.*[6]

## RELIEF REQUIRES ACKNOWLEDGMENT OF RIGHT TO FILE WRIT OF HABEAS CORPUS UNDER CONSTITUTION FOR THE UNITED STATES OF AMERICA {1789/1793} ARTICLE 1 SECTION 9 CLAUSE 2 AND ALASKA CONSTITUTION

The facts will prove the judgment not by peers is a violation of due process unless there is evidence of a waiver of trial by jury wherein Petitioner knowingly and willingly with consciously informed consent and a meeting of the minds waived any unalienable rights and thereby a judge is required by precedence to respect and protect people from violations of state and federal constitutional guarantees and this includes voiding an electronic monitoring order made in violation of due process under federal rule 60(b)(3).

## IT IS AN ADJUDICATED FACT *Lonchar v. Thomas, 517 U. S. 314, 324 (1996)*[7] DENIAL OF THIS WRIT OF HABEAS CORPUS IS A SERIOUS

---

[6] "While cases may arise where the right to invoke habeas corpus may take precedence over "procedural orderliness and conformity"" *People v. Schildhaus, 8 N Y 2d 33, 36*

[7] "*dismissal of a first federal habeas petition is a particularly serious matter, for that dismissal denies the petitioner the protections of the Great Writ entirely, risking injury to an important interest in human liberty.*" *Lonchar v. Thomas, 517 U. S. 314, 324 (1996); see also Slack v. McDaniel, 529 U. S. 473, 483*

# MATTER AND THEREBY THE COURT MUST FULLY CLARIFY ITS

# REASON(S) FOR SUSPENDING WRIT OF HABEAS CORPUS

1. Has due course of the law of the land been suspended?

2. Is the United States of America under martial law or under invasion by a foreign invader?

3. Is The Constitution for the united States of America {1789/1793} the law of the land inside the territorial boundaries of Alaska?

4. Can the court provide evidence showing the Petitioner knowingly expressed consent to waive rights?

Respectfully submitted without prejudice,

_____**CODY LEE LANCASTER**____ Dated:_____02-16-2023_____
CODY LEE LANCASTER~ ENS LEGIS

By: _Cody-Lee: lancaster_____
*authorized representative / beneficiary / executor*

**Exhibit 1**

| Case Number: 4FA-23-00234CR | Plaintiff: State of Alaska | Defendant: Cody Lee Lancaster | DOB: 1994 | ID#: 7556613 |
|---|---|---|---|---|

| ATN | DOV | Current Charge(s) / Disposition | |
|---|---|---|---|
| 115852383 | 02/04/2023 | 001: AS11.56.740(a)(1): Violate DV Protective Order | Days |
| 115852383 | 02/04/2023 | 002: AS11.56.740(a)(1): Violate DV Protective Order | Days |
| 115852383 | 02/04/2023 | 003: AS11.56.740(a)(1): Violate DV Protective Order | Days |

**COMMITMENT (Formal judgment to follow)**
- ☐ Defendant is to be held in custody to serve time imposed above.
- ☐ Release O/R, serve sentence by ___
- ☐ DA Dismissed/Declined. Release this case only. ___
- ☐ Charges Not Filed at this time ☐ No Action ☐ Release this case only
- ☐ Other: ___

**COUNSEL**   455 - 6850
- ☑ An attorney is appointed to represent defendant. ☑ Public Defender Agency ☐ Office of Public Advocacy
- ☐ The defendant must contact Pretrial Services within 48 hours, phone 452-9288, to determine whether the defendant is eligible for a court-appointed attorney.
- ☐ Defendant will hire a lawyer or request self-representation.

**CONDITIONS ON RELEASE – INSTRUCTIONS TO JAIL:** IT IS ORDERED that the defendant's release is conditioned on the following:
- ☐ OWN RECOGNIZANCE (O.R.). Defendant does not have to post bail.
- ☐ No Bail ___
- ☐ Defendant to execute the following bonds:
  Offenses before 7/9/2019
  - ☐ Appearance Bond of $ ___ ☐ unsecured ☐ 10% cash ☐ 100% cash ☐ 100% cash or bail bond
  - ☐ Performance Bond of $ ___ ☐ unsecured ☐ ___ % cash ☐ 100% cash
  - ☐ [Monetary Bail] The court finds by clear and convincing evidence that own recognizance release, or unsecured bonds, or nonmonetary conditions will not ensure the defendant's appearance, or the safety of the victim, other persons, or the community.
  Offenses on or after 7/9/2019
  - ☐ Appearance Bond of $ ___ ☐ unsecured ☐ 10% cash ☐ 100% cash ☐ 100% cash or bail bond
  - ☑ Performance Bond of $ 500 ☐ 100% cash
- ☐ Bail and conditions in ___ are concurrent with: ___
- ☑ PED SUPERVISION. The defendant is ordered to supervision by a Pretrial Enforcement Division (PED) officer during the pretrial period per AS 33.07. Maintain contact with the PED officer, and follow all PED officer instructions.
  - ☐ No EM required. Defendant to call 1-833-500-5090 within 24 hours of release for instructions.
  - ☑ EM ordered. Defendant to remain in custody until monitor is attached ☐ Curfew: ___
    - ☐ Alcohol monitoring ☑ Location restrictions: victim's residence
    - ☑ Allow PED to enter defendant's residence to verify/maintain EM equipment.
- ☐ THIRD PARTY CUSTODIAN.
  - ☐ The defendant is placed in the custody of: ___
  - ☐ [If offense before 7/9/2019] The court finds that PED supervision is unavailable in the defendant's location; and no secured bond was ordered; and no other conditions of release can reasonably ensure the defendant's appearance and the safety of the victim, other persons, and the community.
  - ☐ 24-hour sight and / or sound ☐ ___

- ☒ **OTHER CONDITIONS OF RELEASE:**
  - ☒ The defendant shall obey all court orders and all federal, state, and local laws. A law enforcement or PED officer may arrest the defendant without a warrant for failure to comply with any condition of release.
  - ☒ The defendant shall appear in court at all scheduled hearings unless otherwise ordered.
  - ☒ If represented, the defendant shall maintain contact with his or her attorney.
  - ☒ The defendant shall notify his or her attorney or the court within 24 hours after changing residences.
  - ☑ The defendant shall notify his or her attorney or the court of any new phone number or email address by the next business day.
  - ☐ The defendant shall not leave the following place(s) without written agreement of the prosecuting authority or an order of the court: ☐ State of Alaska ☐ Fairbanks North Star Borough ☐ ___
  - ☐ The defendant shall not consume or possess ☐ alcohol ☐ illegal drugs, or enter any place where they are sold.
    - ☐ The defendant shall be tested ☐ as recommended by PED or ☐ by ___
  - ☐ Effective immediately, the defendant shall not directly or indirectly contact ___

CR-121Fbks (7/19)
Criminal Case Initiation Packet (Fairbanks)

Crim. Rule 5(a)(2), Crim. Rule 5(f)(2)
AS 12.80.060, AS 12.30.027, AS 18.65.530(a)(3)

Case 4:23-cv-00003-JMK    Document 1    Filed 02/16/23    Page 10 of 24

**Exhibit 1**

domestic violence conditions listed on page 2 (CR-222).

☑ Abide by all conditions in 4FA-22-00700CI

☐ TRANSPORT DEFENDANT TO: _____

☑ NEXT SCHEDULED APPEARANCE _____ Pre-Trial Conference: District Court Criminal: March 30, 2023 at 8:30 am
Scheduled Trial Week: April 10, 2023 at 9:30 am   B25  (tron  201

_____February 4, 2023_____
Effective Date

_____
Magistrate Judge
Risa Lederer

I certify that on _____2/4/2023_____ a copy of this order was:
Dist. to: ☑Deft ☑Deft's Atty _____ ☑Prosecutor ☑AST ☐FPD ☑FCC ☐YKCC ☑Other: PED
Faxed to: ☐AST ☐FPD ☐FCC ☐YKCC ☐Deft via FCC ☐DOC ☐PED ☐Other: _____
Clerk: _____La_____

Conference Line: 1-888-788-0099
Meeting ID: 831  893  9+11

Crim. Rule( 5(a)(2), Crim. Rule 5(f)(2)
AS 12.80.060, AS 12.30.027, AS 18 65.530(a)(3)

**Exhibit 1**

_____ of _____

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT FAIRBANKS

State of Alaska,

        Plaintiff,

vs.

Cody Lee Lancaster,

        Defendant.

CASE NO: 4FA-23-00234CR

**ADDITIONAL CONDITIONS OF
RELEASE - DOMESTIC VIOLENCE**

The court finds that the defendant is charged with a crime involving domestic violence. To protect the alleged victim, household members, and the community, and to ensure the defendant's appearance in court, it is ordered that:

☑ 1. Defendant shall not threaten to commit or commit domestic violence, stalking, harassment or sexual assault.

☑ 2. Defendant shall not telephone, contact, or otherwise communicate directly or indirectly with the following person(s): ___ Alyssa Hellickson _____

☑ 3. Defendant shall not enter any residence of the person named in Paragraph 2 or any structure occupied by the person(s).

☑ 4. Defendant shall stay at least __500__ ☑ feet ☐ miles away from the residence, school, and place of employment of the person(s) named in Paragraph 2 and the following additional places frequented by said person(s): _____

☑ 5. Defendant shall not enter or follow a vehicle in the possession of or occupied by the person(s) named in Paragraph 2.

☐ 6. Defendant shall not use or possess a deadly weapon.

☐ 7. Defendant shall surrender any firearm owned or possessed by the defendant to _____ no later than _____.

☐ 8. Defendant shall not consume ☐ controlled substances ☐ alcohol _____

☐ 9. Defendant shall _____

Pursuant to AS 18.65.530(a)(3) and AS 12.25.030(b)(1) and (b)(2)(C), the defendant may be arrested without a warrant for violating any of the above conditions.

2/4/23
(Effective Date)

Judge/Magistrate Judge
Risa Leonard
(Type or Print Name)

I certify that on _2/4/23_
a copy of this order was given or sent to:
☒ DA ☒ Defendant/Defense Attorney ☒ Other _PEP_
☒ _AST, FCC_
Clerk: ___

CR-121Fbks (7/19)
Criminal Case Initiation Packet (Fairbanks)

Crim. Rule( 5(a)(2), Crim. Rule 5(f)(2)
AS 12.80.060, AS 12.30.027, AS 18.65.530(a)(3)

**Exhibit 2**



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Alaska Attorney General Office**
1031 W 4th Ave Suite 200
Anchorage, Alaska
99501
**ATTN TO: ATTORNEY GENERAL**

9590 9402 5595 9274 2711 05

2. Article Number (Transfer from service label)
7019 2280 0002 2381 0474

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☑ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

RECEIVED
JAN 05 2023

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Anchorage, AK 99501

Certified Mail Fee  $4.00
                              $3.25         0705
                                             01
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00         Postmark
☐ Adult Signature Required           $ $0.00          Here
☐ Adult Signature Restricted Delivery $ $0.00       JAN 4 2023

Postage
$         $1.68
Total Postage and Fees
$         $8.93                      01/04/2023

Sent To  **Alaska Attorney General Office**
Street an  1031 W 4th Ave Suite 200
City, Stat  Anchorage, Alaska
            99501
PS Form    **ATTN TO: ATTORNEY GENERAL**

7019 2280 0002 2381 0474

**Exhibit 2**

7019 2280 0002 2381 0474

AFFIDAVIT OF LIFE

I, Cody, of the family of Lancaster, Affiant, being over the age of eighteen (18) years, competent to witness does state for the public record the following:

1. That the public record on file with Department of Health Bureau of Vital Statistics P.O. Box 210 1217 Pearl Street Jacksonville Florida 32231 shows that the entity known as Cody Lancaster took the first breath of life on the sixteenth day of the month of March in the year one-thousand nine-hundred and ninety- four (16 March 1994), and

2. That as of the date of this Affidavit of Life the entity known as Cody Lancaster is still alive and breathing, and

3. Since the sixteenth of the month of March in the year of two-thousand and twelve (16 March 2012) has not surrendered nor abandoned any claims of life nor of any and all claims of estate to include but not limited to CODY LANCASTER, and

4. That the attachments (Exhibit A and Exhibit B) to this affidavit are considered as Points and Authorities of Law, and

5. Further Affiant saith naught.

I, Cody, of the family of Lancaster, do affirm that I have read the above affidavit and do know the contents to be true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth.

Cody Lancaster

By: Cody of the family of Lancaster
Date: 1/3/2023

**Exhibit 2**

# WITNESSES

We, the undersigned witnesses, attest that we individually and collectively know the entity known as Cody Lancaster to be alive and breathing and that he is not lost beyond the sea, but walks among us upon the land, and that we did witness him affix his autograph to the above AFFIDAVIT OF LIFE and also to place high right thumb print in his own blood upon this document.

By: Ian Gero
General Delivery
North Pole, Alaska

1/3/2023

By: Kyle Gilday
General Delivery
Fairbanks, Alaska

Date: 1/3/2023

**Exhibit 2**

50    0002   2381   0474

### Exhibit A

FACT OF DEATH: Death of the person on whose estate administration is sought is a jurisdiction requisite; and while the presumption of death arising from absence may present a prima facie case sufficient to warrant a grant of administration, yet if it subsequently develops that such person was in fact alive, the administration is void.

While it is true that the presumption of death arising from a person's absence, unheard from, for a considerable length of time, see "Death Section 6", may present a prima facie case sufficient to warrant a grant of administration on his estate, the arising of such presumption does not take the case out of the operation of the general rule on the subject, and if it is made to appear that the person was in fact alive at the time such administration was granted, the administration is absolutely void. Although, that payment to an administrator of an absentee who is not in fact dead is no defense against the absentee or his legal representative, nor are costs and disbursement incurred by such administrator a legal charge against the absentee or his property; but where the administrator has paid debts of the absentee, he is subrogated to the rights of the creditors whom he has paid. It has been considered, however, that the invalidity of the administration does not relate back, but that it is invalid only the time when the presumption of death is rebutted.

1

**Exhibit 2**

2280    0002    2381    0474

Exhibit B



**1666 CHAPTER 11**

# Cestui Que Vie Act 1666

An Act for Redresse of Inconveniencies by want of Proofe of the Deceases of
Persons beyond the Seas or absenting themselves, upon whose Lives Estates doe
depend.

Annotat
ions:
Editoria
l
Informa
tion
X1 Abbreviations or contractions in the original form of this Act have been expanded into
modern lettering in the text set out above and below.
Modifications etc. (not altering text)
C1 Short title "The Cestui que Vie Act 1666" given by Statute Law Revision Act
1948 (c. 62), Sch. 2 C2 Preamble omitted in part under authority of Statute Law
Revision Act 1948 (c. 62), Sch. 1
C3 Certain words of enactment repealed by Statute Law Revision Act 1888 (c. 3) and
remainder omitted under authority of Statute Law Revision Act 1948 (c. 62), s. 3

Annotat
ions:
Editoria
l
Informa
tion
X1 Abbreviations or contractions in the original form of this Act have been expanded into
modern lettering in the text set out above and below.

1

**Exhibit 2**

**Modifications etc. (not altering text)**
C1 Short title "The Cestui que Vie Act 1666" given by Statute Law Revision Act 1948 (c. 62), Sch. 2 C2 Preamble omitted in part under authority of Statute Law Revision Act 1948 (c. 62), Sch. I
C3 Certain words of enactment repealed by Statute Law Revision Act 1888 (c. 3) and remainder omitted under authority of Statute Law Revision Act 1948 (c. 62), s. 3

**I] Cestui que vie remaining beyond Sea for Seven Years together and no Proof of their Lives, Judge in Action to direct a Verdict as though Cestui que vie were dead.**

If such person or persons for whose life or lives such Estates have beene or shall be granted as aforesaid shall remaine beyond the Seas or elsewhere absent themselves in this Realme by the space of seaven yeares together and noe sufficient and evident proofe be made of the lives of such person or persons respectively in any Action commenced for recovery of such Tenements by the Lessors or Reversioners in every such case the person or persons upon whose life or lives such Estate depended shall be accounted as naturally dead, And in every Action brought for the recovery of the said Tenements by the Lessors or Reversioners their Heires or Assignes, the Judges before whom such Action shall be brought shall direct the Jury to give their Verdict as if the person soe remaining beyond the Seas or otherwise absenting himselfe were dead.

**II]** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . F1
**Annotatio**
**ns:**
**Amendme**
**nts**
**(Textual)**

4

F1 S. II repealed by Statute Law Revision Act 1948 (c. 62), Sch. 1
**III]** . . . . . . . . . . . . . . . . . . . . . . . . . . . . F2
**Annotatio**
**ns:**
**Amendme**
**nts**
**(Textual)**
F2 S. III repealed by Statute Law Revision Act 1863 (c. 125)

**IV] If the supposed dead Man prove to be alive, then the Title is revested. Action for mean Profits with Interest.**

x₃Provided alwayes That if any person or [x₃person or] persons shall be evicted out of any Lands or Tenements by vertue of this Act, and afterwards if such person or persons upon whose life or lives such Estate or Estates depend shall returne againe from beyond the Seas, or shall on proofe in any Action to be brought for recovery of the same [to] be made appeare to be liveing; or to have beene liveing at the time of the Eviction That then and from thenceforth the Tennant or Lessee who was outed of the same his or their Executors Administrators or Assignes shall or may reenter repossesse have hold and enjoy the said Lands or Tenements in his or their former Estate for and dureing the Life or Lives or soe long terme as the said person or persons upon whose Life or Lives the said Estate or Estates depend shall be liveing, and alsoe shall upon

2

**Exhibit 2**

Action or Actions to be brought by him or them against the Lessors
Reversioners or Tennants in possession or other persons respectively
which since the time of the said Eviction received the Proffitts of the said
Lands or Tenements recover for damages the full Proffitts of the said
Lands or Tenements respectively with lawfull Interest for and from the
time that

he or they were outed of the said Lands or Tenements, and kepte or held
out of the same by the said Lessors Reversioners Tennants or other
persons who after the said Eviction received the Proffitts of the said
Lands or Tenements or any of them respectively as well in the case when
the said person or persons upon whose Life or Lives such Estate or
Estates did depend are or shall be dead at the time of bringing of the said
Action or Actions as if the said person or persons where then liveing.]

**Annotat
ions:
Editoria
l
Informa
tion**

**X2** annexed to the Original Act in a separate Schedule

**X3** Variant reading of the text noted in *The Statutes of the Realm* as follows: *O.* omits [*O.* refers to a collection in the
library of Trinity

3

**Exhibit 2**

7019 2280 0002 2381 0474
NOTICE TO CEASE AND DESIST

To:
**Alaska Attorney General Office**
1031 W 4th Ave Suite 200
Anchorage, Alaska
99501
**ATTN TO: ATTORNEY GENERAL**

'From: Cody Lancaster
c/o Box 56891
North Pole , Alaska
non domestic [28 USC 1746(1)]

In regards to: CODY LANCASTER [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]
BOB 56891
NORTH POLE, ALASKA 99705

Dear sir/madam:

It has come to my attention that your organization has been erroneously under the assumption that Cody Lancaster is dead based on a Birth Certificate created by the STATE OF FLORIDA (see copy herein).

Please refer to the Affidavit of Life (see copy herein) as proof that Cody Lancaster is not dead nor 'lost beyond the sea'.

This is to be your instruction from me, Cody Lancaster, to Cease and Desist all trading and/or any and all commercial activities relating to CODY LANCASTER [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] on the basis of such activity being void. Please review the below:

*Corpus Juris Secundum*
*Section 16, Page 892:*
*FACT OF DEATH: Death of the person on whose estate administration is sought is a jurisdiction requisite; and while the presumption of death arising from absence may present a prima facie case sufficient to warrant a grant of administration, yet if it subsequently develops that such person was in fact alive, the administration is **void**.*
*While it is true that the presumption of death arising from a person's absence, unheard from, for a considerable length of time, see "Death Section 6", may present a prima facie case sufficient to warrant a grant of administration on his estate, the arising of such presumption does not take the case out of the operation of the general rule on the subject, and if it is made to appear that the person was in fact alive at the time such administration was granted, the administration is absolutely void.*

1

**Exhibit 2**

*Although, that payment to an administrator of an absentee who is not in fact dead is no defense against the absentee or his legal representative, nor are costs and disbursement incurred by such administrator a legal charge against the absentee or his property; but where the administrator has paid debts of the absentee, he is subrogated to the rights of the creditors whom he has paid. It has been considered, however, that the invalidity of the administration does not relate back, but that it is invalid only the time when the presumption of death is rebutted.*

Please direct all employees under your control to cease and desist any and all trading on CODY LANCASTER [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] and any and all other commercial operations/activities involving the same.

Promise of Forgiveness: I promise to forgive/adjust any and all accounts regarding this matter as it is presented to me by you or your organization.

Thank you for your compliance.

Cody Lancaster

By: Cody Lancaster, a man

Date: 1/3/2023

2

## BUREAU of VITAL STATISTICS

**Exhibit 2**

80 0002 2381 0474

# CERTIFICATION OF BIRTH

STATE FILE NUMBER: **109-1994-047540**

DATE ISSUED: **NOVEMBER 29, 2021**

DATE FILED: **MARCH 22, 1994**

CHILD'S NAME: **CODY LEE LANCASTER**

DATE OF BIRTH: 1994

SEX: **MALE**

COUNTY OF BIRTH: **VOLUSIA COUNTY**

MOTHER'S NAME: **LISA MARIE GREENE**
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

FATHER'S NAME: **LARRY THOMAS LANCASTER JR**

*Ken Jones*  , STATE REGISTRAR

REQ: 2023398499

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1946 (03-13)



*4 2 4 1 6 0 6 1*





CERTIFICATION OF VITAL RECORD

Florida HEALTH

VOID IF ALTERED OR ERASED



**Exhibit 2**



**Exhibit 2**

